UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHEET METAL WORKERS' NATIONAL
PENSION FUND; NATIONAL ENERGY
MANAGEMENT INSTITUTE COMMITTEE FOR
THE SHEET METAL AND AIR CONDITIONING
INDUSTRY; SHEET METAL OCCUPATIONAL
HEALTH INSTITUTE TRUST; INTERNATIONAL
TRAINING INSTITUTE FOR THE SHEET METAL
AND AIR CONDITIONING INDUSTRY; SHEET
METAL WORKERS INTERNATIONAL
ASSOCIATION SCHOLARSHIP FUND and
NATIONAL STABILIZATION AGREEMENT OF
THE SHEET METAL INDUSTRY FUND,

                 Plaintiffs,

v.

CENTRAL NEW YORK SHEET METAL, INC.,
and LOUIS TESTONE, as an individual,

                 Defendants.

Civil Action No.
12 CV 0218 (GTS/DEP)

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated by Plaintiffs and Defendants that the above-entitled action be dismissed, *with prejudice*. No party in this action is an infant or incompetent.

Dated: June 27, 2012

**Jeffrey S. Dubin, P.C.**
*Attorneys for Plaintiffs*

By: _____
    Jeffrey S. Dubin, of Counsel
    Bar Roll No.: 105105
464 New York Avenue, Suite 100
Huntington, New York 11743
Tel.: 631.351.0300

Dated: June 27, 2012

**Menter, Rudin & Trivelpiece, P.C.**
*Attorneys for Defendants*

By: _____
    Julian B. Modesti, of Counsel
    Bar Roll No.: 507674
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Tel.: (315) 474-7541

{F:\WPMain\29152\18464\JBM5474.DOC}

Dated: June 28, 2012
       Syracuse, New York

IT IS SO ORDERED:

*/s/ Glenn T. Suddaby*

Hon. Glenn T. Suddaby
U.S. District Judge
Dated: June 28, 2012
       Syracuse, NY